IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

FILED IN OPEN COURT
DATE 9/13/2017
BY J. Turner
DEPUTY CLERK

HARRISONBURG DIVISION, W.D. of VA

| | |
|---|---|
| TONYA HANSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:16-cv-00056 |
| | ) |
| L'ITALIA RESTAURANT, LLC, | ) By: Elizabeth K. Dillon |
| | )     United States District Judge |
| Defendant. | ) |
| | ) |

## VERDICT FORM

NOTE: Complete the following paragraph by writing in the name required by your verdict.

1. On the overtime claim of plaintiff Tonya Hansberger against defendant L'Italia Restaurant, LLC, we find in favor of:

   __Plaintiff Tonya Hansberger__
   (Plaintiff Tonya Hansberger) or (Defendant L'Italia Restaurant, LLC)

NOTE: Answer Question 2 only if the above finding is in favor of plaintiff Tonya Hansberger. If the above finding is in favor of defendant L'Italia Restaurant, LLC, have your foreperson sign and date the form because you have completed your deliberations on this claim.

2. We find that plaintiff Tonya Hansberger should be awarded damages in the amount of:

   $ __8,363.60__ .

   _____
   Foreperson

Dated: __9/13/2017__