IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TONYA HANSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:16cv00056 |
| ) | |
| L'ITALIA RESTAURANT, LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

COMES NOW, the above-named Plaintiff TONYA HANSBERGER, (hereinafter "Plaintiff") through counsel, and pursuant to 29 U.S.C. § 216(b), Rule 54(d)(20 of the Federal Rules of Civil Procedure, and Local Rule 54, hereby respectfully submits her Motion for Attorney's Fees and Costs. In support, Plaintiff states that, as prevailing party in this matter, she is entitled to recover reasonable attorney's fees and costs. This Motion is based upon the accompanying Memorandum and Declarations, the entire record on file, and such other and additional matters as may be properly considered by the Court

WHEREFORE, Plaintiff hereby respectfully requests that the Court enter an Order awarding Plaintiff her reasonable attorney's fees and costs.

Respectfully submitted,

TONYA HANSBERGER

By Counsel

_____
JOHN B. SIMPSON, VSB #38759
MARTINWREN, P.C.
400 Locust Ave., Suite 1
Charlottesville, VA  22903
(804) 817-3100 (phone)
(804) 817-3110 (fax)
simpson@martinwrenlaw.com

Attorney for Plaintiff TONYA HANSBERGER

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF that will send a true and correct copy of the foregoing to the following counsel of record:

KEVIN M. ROSE, VSB #35930
MICHAEL W. SHARP, VSB #89556
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
krose@botkinrose.com
msharp@botkinrose.com

_____
John B. Simpson

\\MWLAWAD-17\Clients\(2016) clients\16-151 Hansburger, Tonya - overtime claim\Pleadings\Mot Attny Fees and Costs.doc