```
Date                Received From/Paid To      Chq#    |----- General -----|          Bld |---------- Trust Activity ----------|
      Entry #       Explanation                Rec#    Rcpts       Disbs     Fees     Inv# Acc    Rcpts      Disbs      Balance

2636       Hansberger, Tonya
16-151             Hansberger, Tonya - overtime                                                     Resp Lawyer: JBS
Apr 25/2016        Lawyer: 5  1.00 Hrs X 300.00
     288015        Calculate amount of unpaid                          300.00
                   overtime, telephone conference
                   with client re; same.
Apr 26/2016        Lawyer: 5  1.50 Hrs X 300.00
     288016        Draft demand letter, email                          450.00
                   client re; same.
Jun  9/2016        Lawyer: 5  0.50 Hrs X 300.00
     288017        Review material from client,                        150.00
                   telephone conference with
                   client.
Jul  8/2016        Lawyer: 5  3.50 Hrs X 300.00
     288019        Telephone conference with                          1050.00
                   client, work on drafting
                   complaint,
Jul 28/2016        Lawyer: 5  3.50 Hrs X 300.00
     288020        Legal research re: primary                         1050.00
                   responsibility requirements,
                   tip credit.
Jul 29/2016        Lawyer: 5  2.50 Hrs X 300.00
     288021        Continue research in                                 750.00
                   preparation for drafting FLSA
                   complaint.
Jul 29/2016        Lawyer: 5  1.50 Hrs X 300.00
     288023        Legal research re: bartender                        450.00
                   manager cases, primary duties
                   test.
Aug  1/2016        Lawyer: 5  0.20 Hrs X 300.00
     288022        Draft email to opposing counsel                      60.00
                   re: settlement position.
Aug  5/2016        Lawyer: 5  2.00 Hrs X 300.00
     288024        Legal research in preparation                        600.00
                   for drafting complaint,
                   telephone conference with
                   client re: status and strategy.
Aug  9/2016        Lawyer: 5  2.30 Hrs X 300.00
     288025        Draft complaint, email copy to                       690.00
                   client for reveiw.
Sep  2/2016        Lawyer: 5  0.20 Hrs X 300.00
     288026        Review summons, email assistant                       60.00
                   re: service.
Sep 26/2016        Lawyer: 5  0.60 Hrs X 300.00
     288027        Review answer. telephone                              180.00
                   conference attempt defense
                   counsel, leave detailed
                   messsage.
Sep 28/2016        Lawyer: 5  0.60 Hrs X 300.00
     288028        Draft consent motion to amend                        180.00
                   complaint to correct name of
                   defendant.
Sep 29/2016        Lawyer: 5  3.00 Hrs X 300.00
     288029        Legal research re: proof of                          900.00
                   primary duty and related
                   issues.
Oct  4/2016        Lawyer: 5  0.20 Hrs X 300.00
     288030        Review and comments to Rule 26                        60.00
                   conference outline.
Oct  5/2016        Lawyer: 5  1.00 Hrs X 300.00
     288031        Conference call, revise motion                       300.00
                   and order substituting party,
Oct  7/2016        Lawyer: 5  0.30 Hrs X 300.00
     288032        Telephone conference wiht                             90.00
                   client re; status.
Oct 10/2016        Lawyer: 5  0.20 Hrs X 300.00
     288033        Email opposing counsel re: rule                       60.00
                   26(f) report.
Oct 11/2016        Lawyer: 5  0.50 Hrs X 300.00
     288034        Draft Rule 26 report.                                150.00
Oct 12/2016        BB & T
     256172        US District Court/Filing fee   10967         400.00
Oct 28/2016        Lawyer: 5  1.00 Hrs X 300.00
     288035        Commence preparation of initial                      300.00
                   disclosures.
Oct 31/2016        Lawyer: 5  0.60 Hrs X 300.00
     288036        Continue work on initial                              180.00
                   disclosures.
Nov  2/2016        Lawyer: 5  4.50 Hrs X 300.00
     288037        Preparation of Rule 26 initial                      1350.00
                   disclosures.
Nov  4/2016        Lawyer: 5  1.50 Hrs X 300.00
     288038        Complete preparation of Rule 26                      450.00
                   initial disclosures.
Nov 15/2016        Lawyer: 5  0.50 Hrs X 300.00
     288039        Telephone conference with                             150.00
                   client re: discovery.
Nov 28/2016        Lawyer: 5  0.80 Hrs X 300.00
     288040        Conferennce with client's                             240.00
                   husband re: discovery
                   responses.
```

EXHIBIT "A"

| Date / Entry # | Received From/Paid To / Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Trust Activity Acc | Trust Activity Rcpts | Trust Activity Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec 7/2016 288041 | Lawyer: 5  4.30 Hrs X 300.00 Work on response to request for production of documents. | | | | 1290.00 | | | | | |
| Dec 14/2016 288042 | Lawyer: 5  3.00 Hrs X 300.00 Prepare discovery for defendant. | | | | 900.00 | | | | | |
| Jan 2/2017 288043 | Lawyer: 5  0.20 Hrs X 300.00 Email opposing counsel re: scheduling depositions. | | | | 60.00 | | | | | |
| Feb 6/2017 288045 | Lawyer: 5  2.00 Hrs X 300.00 Work on responses to requests for admission, telephone conference with client's husband. | | | | 600.00 | | | | | |
| Feb 7/2017 288046 | Lawyer: 5  2.00 Hrs X 300.00 Review and analyze pa;yroll records produced by defendant, supplement interrogatory responses. | | | | 600.00 | | | | | |
| Feb 10/2017 288047 | Lawyer: 5  2.50 Hrs X 300.00 Work on discovery responses to second set of discovery, continue review and analysis of documents produced by defendant. | | | | 750.00 | | | | | |
| Feb 13/2017 288048 | Lawyer: 5  1.00 Hrs X 300.00 Complete discovery responses, email same. | | | | 300.00 | | | | | |
| Feb 14/2017 288049 | Lawyer: 5  0.30 Hrs X 300.00 Emails to and from opposing counsel re; continuing trial. | | | | 90.00 | | | | | |
| Feb 16/2017 288050 | Lawyer: 5  0.50 Hrs X 300.00 Conference with client re: continuing trial, email opposing counsel re: same. | | | | 150.00 | | | | | |
| Feb 21/2017 288051 | Lawyer: 5  1.20 Hrs X 300.00 Draft Rule 30(b)(6) Notice of Deposition. | | | | 360.00 | | | | | |
| Mar 24/2017 288052 | Lawyer: 5  2.50 Hrs X 300.00 Preparation for depositions. | | | | 750.00 | | | | | |
| Mar 27/2017 288053 | Lawyer: 5  5.30 Hrs X 300.00 Preparation for depositions, conference with client re: same. | | | | 1590.00 | | | | | |
| Mar 28/2017 288054 | Lawyer: 5  3.50 Hrs X 300.00 Travel to and from Harrisonburg for depositions, conference with client, conference with opposing counsel re: possible settlement. | | | | 1050.00 | | | | | |
| Mar 29/2017 272610 | John B. Simpson Mileage to/from Harrisonburg 3/28/2017 | 11685 | | 63.13 | | | | | | |
| May 8/2017 288055 | Lawyer: 5  2.40 Hrs X 300.00 Prepare for 30(b)(6) deposition and deposition of client. | | | | 720.00 | | | | | |
| May 9/2017 288056 | Lawyer: 5  4.80 Hrs X 300.00 Continue to prepare for depositions. | | | | 1440.00 | | | | | |
| May 10/2017 288058 | Lawyer: 5  8.00 Hrs X 300.00 Travel to and from and attend depositions. | | | | 2400.00 | | | | | |
| May 11/2017 276313 | John B. Simpson Mileage to/from Harrisonburg 5/10/2017 | 11818 | | 66.34 | | | | | | |
| Jul 14/2017 288057 | Lawyer: 5  2.30 Hrs X 300.00 Work on preparation for trial exhibits and witnesses, review documents produced, deposition transcripts. | | | | 690.00 | | | | | |
| Jul 18/2017 288059 | Lawyer: 5  2.00 Hrs X 300.00 Continue work on preparing for trial, evidence, legal research re: burdens and requirements for management exemption, review settlement cffer, forward same to client. | | | | 600.00 | | | | | |
| Jul 19/2017 288060 | Lawyer: 5  1.00 Hrs X 300.00 Telephone conferences with client and opposing counsel re settlement. | | | | 300.00 | | | | | |
| Jul 25/2017 288061 | Lawyer: 5  1.00 Hrs X 300.00 Review pretrial scheduling order, confirm dates, work on witness and exhibit lists. | | | | 300.00 | | | | | |
| Jul 31/2017 286125 | Lawyer: 14  0.80 Hrs X 175.00 Conference with John Simpson regarding case; review of FLSA jury instructions. | | | | 140.00 | | | | | |
| Aug 1/2017 288014 | Lawyer: 5  2.50 Hrs X 300.00 Review deposition transcripts in preparation for pretrial | | | | 750.00 | | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | and trial preparation. | | | | | | | | |
| Aug 2/2017 288141 | Lawyer: 5  2.50 Hrs X 300.00 Review transcripts from depositions in preparation for completing pretrial preparation and pleadings and for trial. | | | | 750.00 | | | | |
| Aug 3/2017 288143 | Lawyer: 5  3.50 Hrs X 300.00 Continue preparation for completing items of scheduling order, work through exhibits, review business records rule and requirements, telephone conference with clerk re: trial dated, email opposing counsel Sharp. | | | | 1050.00 | | | | |
| Aug 4/2017 288147 | Lawyer: 5  2.00 Hrs X 300.00 Continue review and analysis of documents in preparation for trial, time records produced in discovery, compare different records, break, down data by grouping. | | | | 600.00 | | | | |
| Aug 7/2017 288149 | Lawyer: 5  2.00 Hrs X 300.00 Continue work on pretrail preparation, work on witness list, go over witness statements for defendant's witnesses provided or produced by defendant, continue reveiw and analysis of records rpoduced by defendant in discovery. | | | | 600.00 | | | | |
| Aug 8/2017 288153 | Lawyer: 5  3.00 Hrs X 300.00 Continue preparation for trial, conference with Rob Hubbard, work on recording/transcript for use at trial, additional legal research on executive exemption cases, commence work on jury instructions. | | | | 900.00 | | | | |
| Aug 8/2017 290197 | Lawyer: 14  2.50 Hrs X 175.00 Review of Jury Instuctions on FLSA wage cases (regarding salary designation) and legal research into whether posting a poster constitutes notice of the tip credit under the FLSA. | | | | 437.50 | | | | |
| Aug 9/2017 285473 | Lawyer: 14  0.30 Hrs X 0.00 Conference with John Simpson on trial strategy | | | | 0.00 | | | | |
| Aug 10/2017 285467 | Lawyer: 14  0.50 Hrs X 0.00 Data entry; document review | | | | 0.00 | | | | |
| Aug 10/2017 285470 | Lawyer: 14  0.20 Hrs X 0.00 email to john simpson about exhibits | | | | 0.00 | | | | |
| Aug 10/2017 288158 | Lawyer: 5  2.50 Hrs X 300.00 Continue legal research on relevant issues for trial, applicable federal regulations re: exemptions, salary component, tip credit requirements, continue analysis of data in documents produced by defendant in order to determine whether any use at trial. | | | | 750.00 | | | | |
| Aug 11/2017 285465 | Lawyer: 14  3.50 Hrs X 0.00 Data entry for exhibits; comparison of wages and hours worked on labor reports | | | | 0.00 | | | | |
| Aug 14/2017 288162 | Lawyer: 5  2.50 Hrs X 300.00 Work on witness and exhibit list, continue trial prepartion, legal research, selection of exhibits. | | | | 750.00 | | | | |
| Aug 15/2017 285456 | Lawyer: 14  0.20 Hrs X 0.00 Discussion of motion in limine | | | | 0.00 | | | | |
| Aug 15/2017 288165 | Lawyer: 5  3.50 Hrs X 300.00 Continue preparation for trial, continue legal research on tip income treatment and rules, draft motion in limine re: tip income. | | | | 1050.00 | | | | |
| Aug 17/2017 288169 | Lawyer: 5  3.00 Hrs X 300.00 Continue prepartion for trial, work on witnes and exhibit list, review discovery and responses to same, review plaintiff's responses, review defendant's responses, outline issues for trial and for | | | | 900.00 | | | | |

| Date / Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | additional legal research and jury instructions. | | | | | | | | |
| Aug 18/2017 287585 | Lawyer: 14  0.80 Hrs X 0.00 Document review and conference on trial strategy with John Simpson. | | | | 0.00 | | | | |
| Aug 18/2017 288172 | Lawyer: 5  1.00 Hrs X 300.00 Review defendant's witness and exhibit list, note preliminary objections, legal research re: requirements for business records, emails re: pretrial conference. | | | | 300.00 | | | | |
| Aug 20/2017 288175 | Lawyer: 5  1.00 Hrs X 300.00 Draft witness and exhibit list. | | | | 300.00 | | | | |
| Aug 21/2017 288179 | Lawyer: 5  1.00 Hrs X 300.00 Amend wtiness list, review opposition to motion in limine re: tip income, legal research re:same. | | | | 300.00 | | | | |
| Aug 21/2017 290198 | Lawyer: 14  2.20 Hrs X 175.00 Review of Jury Instructions and legal research on tip credit issue | | | | 385.00 | | | | |
| Aug 23/2017 288184 | Lawyer: 5  2.50 Hrs X 300.00 Trial preparation, continue work on legal research and work on jury instructions, continue work on objections to exhibits listed by defendants, continue preparation/outlines for defendant's witnesses. | | | | 750.00 | | | | |
| Aug 24/2017 285880 | Hart Reporting & Videoconferencir Court reporter /transcripts | 12195 | | 1014.51 | | | | | |
| Aug 25/2017 288188 | Lawyer: 5  3.20 Hrs X 300.00 Continue preparation for trial, hours worked by client, how to chart same, different rates of pay over period of employment, review motion in limine re: use of DOL fact sheets filed by defendant. | | | | 960.00 | | | | |
| Aug 28/2017 287621 | Lawyer: 14  0.20 Hrs X 0.00 Conference with John Simpson regarding case | | | | 0.00 | | | | |
| Aug 28/2017 288190 | Lawyer: 5  3.90 Hrs X 300.00 Telephone conference with Michael Sharp re: status and issues, conference call for pretrial conference with Judge Dillon, continue work on jury instructions and preparation for trial. | | | | 1170.00 | | | | |
| Aug 30/2017 288195 | Lawyer: 5  6.50 Hrs X 300.00 Continue work on jury instructions, conference call with Judge Dillon re pretrial and trial matters. | | | | 1950.00 | | | | |
| Aug 30/2017 288553 | Lawyer: 14  3.70 Hrs X 175.00 Review and drafting of Jury Instructions | | | | 647.50 | | | | |
| Aug 31/2017 287576 | Lawyer: 14  0.20 Hrs X 175.00 Phone calls to witnesses | | | | 35.00 | | | | |
| Aug 31/2017 287578 | Lawyer: 14  2.00 Hrs X 0.00 Edit Memo in Support of Motion | | | | 0.00 | | | | |
| Aug 31/2017 288196 | Lawyer: 5  5.30 Hrs X 300.00 Continue work on jury instructions, draft proposed joint motion for summary adjudication of exempt salary issue, draft memoranda re: same in re: tip credit issues. | | | | 1590.00 | | | | |
| Aug 31/2017 288555 | Lawyer: 14  0.80 Hrs X 175.00 Edit of jury instructions (.7); email to legal assistant about notice of appearance in federal court (.1) | | | | 140.00 | | | | |
| Sep 1/2017 288915 | Lawyer: 5  6.60 Hrs X 300.00 Legal research for preparation of jury instructions, Contineu preparation for trial, review witness list and statements, Defendant's exhibits. | | | | 1980.00 | | | | |
| Sep 5/2017 287566 | Lawyer: 14  0.40 Hrs X 175.00 Calls to witnesses and conference with John about direct examinations | | | | 70.00 | | | | |
| Sep 5/2017 288917 | Lawyer: 5  6.80 Hrs X 300.00 Continue preparation for trial, conference with client re: same, testimony, review list | | | | 2040.00 | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | Disbs | Fees | Bld Inv# | Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | of prospective jurors. | | | | | | | | | |
| Sep 6/2017 287561 | Lawyer: 14  1.50 Hrs X 0.00 Phone conference (Motions in Limine) and talk to John Simpson on trial strategy | | | | 0.00 | | | | | |
| Sep 6/2017 287564 | Lawyer: 14  1.00 Hrs X 175.00 Phone conference with John Simpson and Katrina Kassel (witness) | | | | 175.00 | | | | | |
| Sep 6/2017 288919 | Lawyer: 5  7.50 Hrs X 300.00 Prepare for, argue motions in limine and motion for partial summary judgment, continue preparation for trial, work on opening statement, witness examinations. | | | | 2250.00 | | | | | |
| Sep 7/2017 287474 | Lawyer: 14  0.60 Hrs X 175.00 Review of deposition transcript (.4); phone calls to witnesses (.2) | | | | 105.00 | | | | | |
| Sep 7/2017 288924 | Lawyer: 5  7.80 Hrs X 300.00 Continue preparation of jury trial, defendant's jury instructions, defendant's exhibits, objections to same, proffo of damages, evidence of exemption, work on witness examinations, opening statementt. | | | | 2340.00 | | | | | |
| Sep 8/2017 287465 | Lawyer: 14  6.00 Hrs X 0.00 Preperation for trial; review of pleadings and deposition transcripts; phone call to witness Paul Amesse; conferences with John Simpson regarding trial strategy | | | | 0.00 | | | | | |
| Sep 8/2017 288926 | Lawyer: 5  8.20 Hrs X 300.00 Continue preparation for trial, opening statement, witness examinations, exhibits, damages calculations, legal research preparation of additional jury instructions re: tip income. | | | | 2460.00 | | | | | |
| Sep 9/2017 288927 | Lawyer: 5  5.30 Hrs X 300.00 Continue preparation for trial, continue review of defendant's exhibits, legal research re: business records rule, continue work on opening statement and witness examinations, cross of defendant owners. | | | | 1590.00 | | | | | |
| Sep 10/2017 288928 | Lawyer: 5  4.00 Hrs X 300.00 Continue trial preparation, exhibits, witness examinations, opening statement, trial notebook. | | | | 1200.00 | | | | | |
| Sep 11/2017 288468 | Lawyer: 14  3.50 Hrs X 175.00 Meeting with client (2); review of materials and preparation of direct (1.5) | | | | 612.50 | | | | | |
| Sep 11/2017 288929 | Lawyer: 5  10.00 Hrs X 300.00 Complete trial preparation, opening statement, demonstrative boards, winess examinations, conferences with Rob Hubbard re: witness examinations, review and reply to emails re: agreed statement, work on agreed statement. | | | | 3000.00 | | | | | |
| Sep 12/2017 288354 | Lawyer: 14  14.00 Hrs X 175.00 Travel to from Harrisonburg (2); Legal research on Jury Instructions and Preparation of Direct (2.5); Time at Courthouse (9.5) | | | | 2450.00 | | | | | |
| Sep 12/2017 288930 | Lawyer: 5  12.00 Hrs X 300.00 Travel to and from, attend trial, legal research re: burden on employer re: exemption, revise cross of Gervasio Amato and Veronica Amato. | | | | 3600.00 | | | | | |
| Sep 13/2017 288931 | Lawyer: 5  13.50 Hrs X 300.00 Additional preparation, travel to and from, attend trial, await verdict. | | | | 4050.00 | | | | | |
| Sep 13/2017 290192 | Lawyer: 14  13.00 Hrs X 175.00 Travel to from Harrisonburg (2); Time at Courthouse trying | | | | 2275.00 | | | | | |

```
Date              Received From/Paid To       Chq#    |------ General -----|           Bld |----------- Trust Activity -----------|
     Entry #     Explanation                  Rec#    Rcpts       Disbs         Fees   Inv# Acc     Rcpts       Disbs      Balance

                 case and awaiting verdict (11)
Sep 15/2017      John Simpson
     288125      Mileage to/from Harrisonburg 12292              141.78
                 9/13/17 and 9/14/17
Sep 15/2017      Lawyer: 5  1.60 Hrs X 300.00
     288932      Legal research re: liquidated                          480.00
                 damages and attorney's fees in
                 FLSA cases.
Sep 22/2017      Lawyer: 5  1.50 Hrs X 300.00
     288933      Legal research re: attorney's                          450.00
                 fees in FLSA cases in
                 preparation for drafting
                 motion.
Sep 25/2017      Lawyer: 5  2.00 Hrs X 300.00
     289654      Continue work on post trial                            600.00
                 motions for liquidated damages
                 and attorney's fees, telephone
                 conference with attorney Tim
                 Cupp re: same.
Sep 27/2017      Lawyer: 5  2.30 Hrs X 300.00
     289655      Complete drafts of motion for                          690.00
                 liquidated damages and motion
                 for attorney's fees.

              |————————— UNBILLED ——————————|  |—————————— BILLED ——————————|  |—— BALANCES ——|
TOTALS        CHE    +  RECOV   +  FEES  = TOTAL   DISBS  +  FEES  + TAX - RECEIPTS  = A/R      TRUST
PERIOD       1685.76    0.00    74762.50  76448.26  0.00    0.00    0.00    0.00      0.00     0.00
END DATE     1685.76    0.00    74762.50  76448.26  0.00    0.00    0.00    0.00      0.00     0.00

              |————————— UNBILLED ——————————|  |—————————— BILLED ——————————|  |—— BALANCES ——|
FIRM TOTAL    CHE    +  RECOV   +  FEES  = TOTAL   DISBS  +  FEES  + TAX - RECEIPTS  = A/R      TRUST
PERIOD       1685.76    0.00    74762.50  76448.26  0.00    0.00    0.00    0.00      0.00     0.00
END DATE     1685.76    0.00    74762.50  76448.26  0.00    0.00    0.00    0.00      0.00     0.00
```

```
REPORT SELECTIONS - Client Ledger
Layout Template                          Default
Advanced Search Filter                   None
Requested by                             JBS
Finished                                 Thursday, October 05, 2017 at 10:45:00 AM
Ver                                      14.1 (14.1.20150324)
Matters                                  16-151
Clients                                  All
Major Clients                            All
Client Intro Lawyer                      All
Matter Intro Lawyer                      All
Responsible Lawyer                       All
Assigned Lawyer                          All
Type of Law                              All
Select From                              Active, Inactive, Archived Matters
Matters Sort by                          Default
New Page for Each Lawyer                 No
New Page for Each Matter                 No
No Activity Date                         Dec/31/2199
Firm Totals Only                         No
Totals Only                              No
Entries Shown - Billed Only              No
Entries Shown - Disbursements            Yes
Entries Shown - Receipts                 Yes
Entries Shown - Time or Fees             Yes
Entries Shown - Trust                    Yes
Incl. Matters with Retainer Bal          No
Incl. Matters with Neg Unbld Disb        No
Trust Account                            All
Working Lawyer                           All
Include Corrected Entries                No
Show Check # on Paid Payables            No
Show Client Address                      No
Consolidate Payments                     No
Show Trust Summary by Account            No
Show Interest                            No
Interest Up To                           Oct/ 4/2017
Show Invoices that Payments Were Applied to   No
Display Entries in                       Date Order
```