```
DATE    : Aug/24/2017                          ** GENERAL BALANCES **
CHE #   : 12195                                UNBILLED DUES:           1514.22
AMOUNT  : $1,014.51                            A/R BALANCE   :             0.00
ACCOUNT : GENERAL - 4
PAID TO : Hart Reporting & Videoconferencing
Court reporter /transcripts
2636 - Hansberger, Tonya
MATTER :16-151                                 ** TRUST BALANCES **
LAWYER :John B. Simpson
3020 Crystal Springs Lane

Harrisonburg
VA
22801                                          TRUST BALANCE :             0.00

Hansberger, Tonya - overtime
```

12195

PRODUCT SSLM172   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.

EXHIBIT "B"

EXHIBIT 6

## CHECK REQUEST FORM

File Name: _Hansberger, Tonya_       Date: _8/22/17_

File Number: _16-151_

Date Needed: _routine_       (indicate "routine" for routine matters)

Requested By: _Kathy_                           _JBS_
(Please have attorney initial request before delivering to Carol)    Responsible attorney's initials

Payable To: _Hart Reporting & Videoconferencing_

Dollar Amount: $ _1,014.51_

Check One:  (X) Mail
            ( ) Return for Handling

Check One:        (X) Cash Advance (see below)
                  ( ) From Trust
                  ( ) From Real Estate Account
                  ( ) Office Expense

Mileage: _____ (at .53.5¢ per mile, effective January 1, 2017)

| **ADDITIONAL CASH ADVANCE APPROVAL** |
|---|
| *The total amount of *unreimbursed* cash advances on this file, including this request, is $_____. If this amount is $1,000 or less, no additional approval is required. If between $1,000 and $5,000, or if this request is $5,000, or more, the President's approval below must be obtained. If $5,000 or over, please have the President obtain the Board's approval prior to submitting your check request.<br><br>Over-the-limit (between $1,000 - $5,000) approval by President: _____<br>and responsible attorney: _____<br><br>Over-the-limit ($5,000 or above) approval by President on behalf of the Board:_____<br>and responsible attorney: _____ |

Explanation to be shown on check: _Invoice Nos: 14776, 14777 for deposition transcripts_

Explanation to be shown on bill:

Explanation for tax records:

Supporting data must be attached.

\\SBS2K8\Forms\Exhibits and Info\Policy Manual Exhibits\Exhibit 6 Check Request.doc



**Remittance Address:**
590 Neff Avenue, Suite 2000 • Harrisonburg, VA 22801
Statewide Coverage Throughout Virginia
National and International Scheduling

Phone: 1-877-907-HART(4278)
scheduling@hartreporting.com
www.hartreporting.com

John B. Simpson, Esquire
Martin Wren
400 Locust Avenue, Suite 1
Charlottesville, VA 22902

August 15, 2017

**Invoice#** 14776

**Balance:**    $407.97

**Re:** Tonya Hansberger v. L'Italia Restaurant, LLC
on 05/10/17   *Billed* 05/31/17                <-- 76 Days Old!
by Tracy Koschara

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of Tonya Hansberger | |
| Copy, Regular Delivery | 305.00 |
| ** PDF File Emailed ** | |
| Exhibits Archived and Attached | 91.00 |

**JUST A FRIENDLY REMINDER
THIS INVOICE HAS NOT BEEN PAID**

1.50% per month on unpaid balance                                          11.97

P l e a s e   R e m i t   - - - >   **Total Due:**   $407.97

*DUE UPON RECEIPT      TAX ID# 46-2804031
PAYMENT IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT*

This invoice is  76  days past due, Please Remit - Thank You!
*************************************************************

| Matter # | Client Name Description | | | | Resp | Law Type | |
|---|---|---|---|---|---|---|---|
| | Date | Ref# | Explanation | | | | Amount Billed |
| 16-151 | Hansberger, Tonya | | | | 5 | 27 | |
| | Hansberger, Tonya - overtime | | | | | | |
| | 10/12/2016 | 10967 | US District Court/Filing fee | | | | 400.00  N |
| | ~~3/29/2017~~ | ~~11685~~ | ~~Mileage to/from Harrisonburg 3/28/2017~~ | | | | ~~63.13~~  N |
| | 5/11/2017 | 11818 | Mileage to/from Harrisonburg 5/10/2017 | | | | 66.34  N |
| | 8/24/2017 | 12195 | Court reporter /transcripts | | | | 1014.51  N |
| | 9/15/2017 | 12292 | Mileage to/from Harrisonburg 9/13/17 and 9/14/17 | | | | 141.78  N |
| | | | | Total Other | | | 1685.76 |
| | | | | Total | | | 1685.76 |
| | | | | Firm Total | | | ~~1685.76~~ |

$1,622.63

REPORT SELECTIONS - Disbursement Analysis and Interest

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | JBS | | |
| Finished: | Thursday, October 05, 2017 at 10:08:58 AM | | |
| Selection: | Disbursement History | | |
| Matters: | 16-151 | | |
| Clients: | All | | |
| Major Clients: | All | Matters Sort by: | Default |
| Responsible Lawyer: | All | New Page for Each Lawyer: | No |
| Client Intro Lawyer: | All | Calculate Interest: | No |
| Assigned Lawyer: | All | Calc Interest To: | 9/26/2017 |
| Include Billed: | Billed and unbilled | Include Paid: | Paid and unpaid |
| Type of Law: | All | Interest Rate: | 0.00 |
| Matter Intro Lawyer: | All | Show Firm Totals: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Billed up to: | All | Show Totals Only: | No |
| Summarize by Resp. Lawyer: | No | Summarize by Type of Law: | No |
| Summary by Explanation Codes: | No | | |
| Ver: | 14.1 (14.1.20150324) | Receipt up to: | 9/26/2017 |